AO 256 (Rev. 2/86)

CRIMINAL DOCKET · U.S. District Court

PO ☐ 097X 4 Assigned 7-KF
Misd. ☒      Disp./Sentence
Felony ☐ District | Off | Judge/Magistr.

☐ WRIT
☐ JUVENILE
☐ ALIAS
OFFENSE ON INDEX CARD ▶

U.S. VS. WALLI, Ero V. (LAST, FIRST, MIDDLE)

Case Filed: Mo. 07 | Day 05 | Yr. 94

Docket No. F94-051-1CR

No. of Def's: 1

## I. CHARGES

| U.S. TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS |
|---|---|---|
| 36 C.F.R. 4.23(a)(1) | DRIVING WHILE UNDER THE INFLUENCE | 1 |
| 36 C.F.R. 2.4(b) | POSSESSION OF LOADED FIREARM IN A NATIONAL PARK | 1 |
| 18 USC 13 (A.S.11.61.210) | POSSESSION OF A FIREARM WHILE UNDER THE INFLUENCE | 1 |
| 36 C.F.R. 4.21(c) | SPEEDING | 1 |

**CASE CLOSED**

## II. KEY DATE

INTERVAL ONE — KEY DATE: 7-2-94 (EARLIEST OF)
END ONE AND/OR BEGIN TWO — KEY DATE: 7-5-94 (APPLICABLE) — ☒ Information
END INTERVAL TWO — KEY DATE: (APPLICABLE)

## III. MAGISTRATE

(blank)

ATTORNEYS — U.S. Attorney or Asst.
U.S. Attorney Stephen Cooper, Assistant USA, 10112th Avenue – P.O. Box 2, Fairbanks, Alaska 99701  (907)456-0245

Defense: 6 ☒ PD

Federal Public Defender Appointed

Speedy trial clock:
First 8-1-94
Last 9-10-94

<mark>USA VS ERO WALLI    MAGISTRATE JUDGE FENTON</mark>

| DATE / DOCUMENT NO. | | V. PROCEEDINGS | VI EXCLUDABLE DELAY Start Date / End Date | Ltr Code | Total Days |
|---|---|---|---|---|---|
| 1994 July 5 | 1 | FILED Complaint | | | |
| 8 | - | Issued summons for 7-22-94 at 9:00 AM. Original and service copies to USMS for service. | | | |
| 8 | - | Speedy trial memo to MJ Fenton. | | | |
| 28 | 2 | FILED 7/22/94 Minutes from IOS. Deft not present, but has been in contact with the US Attorney; US Attorney requests week continuance; court rules excludable delay from today 7/22 through 7/29 and resets arr for 7/29/94. cc: Cooper/Curtner/USPO/USMS | | | |
| 28 | 3 | FILED Statement of Excludable Delay | 7/22-7/29 | M | 7 |
| Aug 5 | 4 | FILED 7/29/94 Minutes from Arr. Deft not present. Court continues arr until August 19, 1994 at 9:30 am. cc: Cooper/Walli/USPO/USMS | | | |
| Aug 9 | 5 | FILED return of service on summons 7/20/94. cc: USA | | | |
| Aug 22 | 6 | FILED 8/19/94 Minutes from ARR/COP/IOS dated August 19. Deft pleads guilty to Count I. Sentence: 20 days at North Star Center. Deft to turn self into USMS on October 17 between 2-3:00 pm, fine of $500.00 and special assessment of $25.00 due by 8/31. Court dismisses counts 2, 3 & 4. cc: Cooper/Walli/USPO/USMS | | | |
| Aug 22 | 7 | FILED Judgment. See Minutes. cc: Cooper/Walli/USPO/USMS/USA-Anch | | | |
| Aug 23 | 8 | FILED Consent to Proceed Before Mag. cc: CMC | | | |
| Oct 17 | 9 | FILED return on imprisonment   **CASE CLOSED** | | | |

<mark>LETTER CODES — For identifying periods of excludable delay per 18 USC 3161 (h) [Sections in brackets]

A Exam or hearing for mental/physical incapacity (18 USC 4244) [(1)(A)]
B NARA exam (18 USC 2902) [(1)(B)]
C State/Fed.l proceedings on other charges [(1)(D)]
D Interlocutory appeal [(1)(E)]
E Pretrial motion (from filing to hearing or to other prompt disposition) [(1)(F)]
F Transfer from other district per FRCrP 20,21 or 40 or Mag. Rule 6a [(1)(G)]
G Proceedings under advisement, not to exceed 30 days, after all necessary submissions filed and hearings completed [(1)(J)]
H Misc. proceedings: arraignment, parole/probation, revocation, Deportation, extradition [(1)]
5 Deferral of prosecution (per 28 USC 2902) [(1)(C)]
6 Transportation from another district or to/from examination or hospitalization in 10 days or less [(1)(H)]
7 Consideration by Court of proposed plea agreement [(1)(I)]
I Prosecution deferred by mutual agreement [(2)]
M Unavailability of defendant or essential witness [(3)(A,B)]
N Period of mental/physical incompetence of def. to stand trial [(4)]
O Period of NARA commitment/treatment [(5)]
P Superseding indictment and/or new charges [(6)]
R Def. awaiting trial of co-defendant & no severance has been granted [(7)]
T Continuances granted per (h)(B) use "T" alone if more than one of the following reasons (T1 thru T4) is given in support of continuance [(8)(A,B)]
T1 Failure to continue would stop further proceedings or result in miscarriage of justice [(8)(B,iii)]
T2 Case unusual or complex [(8)(B,ii)]
T3 Indictment following arrest can't be filed in 30 days [(8)(B,iv)]
T4 Continuance granted to obtain or substitute counsel, or give reasonable time to prepare [(8)(B,iv)]
U Time up to withdrawal guilty plea, 3161(i)
W Grand Jury indictment time extended 30 more days, 3161 (b)</mark>